FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| Case No: | 15-10921 BAB | Judge: Beth A. Buchanan | Trustee Name: | ERIC W. GOERING, Trustee |
| Case Name: | STUART MARSHALL FIELD | | Date Filed (f) or Converted (c): | 03/13/2015 (f) |
| | KATHLEEN MARIE FIELD | | 341(a) Meeting Date: | 04/22/2015 |
| For Period Ending: | 06/30/2019 | | Claims Bar Date: | 08/10/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residential Real Estate 458 Karenlaw Lane Cincinna | 130,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Cash on hand | 102.00 | 0.00 | | 0.00 | FA |
| 3. Fith Third Bank Account | 709.25 | 0.00 | | 0.00 | FA |
| 4. Living room furniture $625, bedrooms $715, 2 telev | 2,390.00 | 0.00 | | 0.00 | FA |
| 5. Miscellanous books, pictures | 75.00 | 0.00 | | 0.00 | FA |
| 6. Men's and women's clothing | 500.00 | 0.00 | | 0.00 | FA |
| 7. Diamond ring | 500.00 | 0.00 | | 0.00 | FA |
| 8. 401K Champion Window, just started | 0.00 | 0.00 | | 0.00 | FA |
| 9. 401K Office Depot | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2003 Ford Taurus SES, 78,500 plus miles | 2,262.00 | 0.00 | | 0.00 | FA |
| 11. 1994 Ford Aerostar, 128,000 plus miles | 2,050.00 | 0.00 | | 0.00 | FA |
| 12. General garage items (shovels, lawn movers, weed | 200.00 | 0.00 | | 0.00 | FA |
| 13. 2014 tax refund seized by SS | 0.00 | 5,431.00 | | 0.00 | 5,431.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $138,788.25     $5,431.00     $0.00     $5,431.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

pursuing tax refund seized by the Social Security Admin.
sent letters to SSA for funds to be turned over 5/2015
multiple calls to Nick Pantel regarding the SSA funds
sent letter to turnover 1/2016
sent letter 7/2016
filed complaint to turnover 12/7/16
Agreed Order with Nicholas Pantel regarding funds seized by Social Security money will be turned over in next 60 days 4/27/17
sent letter and agreed order to Nick Pantel 10/6/17
even though there was an agreed order, they turned money over to Debtors.  6/2018
contacting Debtors attorney to see what can be done

Initial Projected Date of Final Report (TFR): 12/31/2015    Current Projected Date of Final Report (TFR): 12/30/2019

Trustee Signature:    /s/ ERIC W. GOERING, Trustee    Date: 07/23/2019

ERIC W. GOERING, Trustee
220 W. THIRD STREET
Ste. 399
CINCINNATI, OH 45202

(513) 621-0912
EricG@fuse.net

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-10921 | Trustee Name: | ERIC W. GOERING, Trustee |
| Case Name: | STUART MARSHALL FIELD | Bank Name: | |
| | KATHLEEN MARIE FIELD | Account Number/CD#: | |
| Taxpayer ID No: | | Blanket Bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Bank Accounts | | | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00 $0.00

Page: 2

Case 1:15-bk-10921    Doc 39    Filed 07/26/19    Entered 07/26/19 14:43:46    Desc
Page 4 of 4

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - | $0.00 | $0.00 | $0.00 |
|  | $0.00 | $0.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:    /s/ ERIC W. GOERING, Trustee    Date: 07/23/2019

ERIC W. GOERING, Trustee
220 W. THIRD STREET
Ste. 399
CINCINNATI, OH 45202

(513) 621-0912
EricG@fuse.net

Page Subtotals:                                                                                     $0.00          $0.00